IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE STRAND, | No. C 12-1673 WHA (PR) |
| Petitioner, | **AMENDED ORDER OF TRANSFER** |
| v. | |
| MIKE MCDONALD, Warden, | (Docket Nos. 2 & 4) |
| Respondent. | |

In this habeas case petitioner seeks to challenge a conviction and sentence incurred in the Superior Court of Solano County. Solano County is in the venue of the United States District Court for the Eastern District of California. 28 U.S.C. 84(c).

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because petitioner was convicted in Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). Ruling on the request to proceed in forma pauperis will be deferred to the Eastern District.

The transfer order dated May 1, 2012, is **VACATED**.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: May __4__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\STRAND1673.TRN.wpd